[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-14673
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 13, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00326-CR-J-20-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES ROBERT COTTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 13, 2010)

Before CARNES, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for James Robert Cotter in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cotter's conviction and sentence are **AFFIRMED**.